**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                                        General Court Number
Clerk                                                                                                                    415.522.2000

May 24, 2007


Re:  MDL 05 – 1699 In re Bextra and Celebrex Marketing, Sales Practices, and Products Liability Litigation


Title of Case                                                                                             Case Number
*Enid R. Farkas  -v- Pfizer, Inc. et al*                                                      *C-07-2724 CRB*

Dear Sir/Madam:

       This is to advise you that the above entitled has been assigned to the Honorable Charles R. Breyer and pursuant to the Court's Pretrial Order No. 1 is made part of the above MDL action.

       The parties are directed to go to this Court's Bextra and Celebrex Marketing, Sales Practices, and Products Liability Litigation  webpage at www.ecf.cand.uscourts.gov/cand/bextra/ for detailed information and instructions regarding this MDL action.

       Please be advised that this action has been designated as an E-Filing case.  Therefore, counsel is directed to immediately register as an ECF user with the Northern District of California.   Information on registration and an on-line registration form can be found in our website at https://ecf.cand.uscourts.gov

                                                                        Sincerely yours,

                                                                        *L. C. Santos*

                                                                        Rufino C. Santos
                                                                        Deputy Clerk


cc: Counsel
       MDL